# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) |
|---|---|
| v. | ) |
| WARREN JONES CRAZYBULL, also known as Warren Von Crazybull-Jones, Warren V. Jones, Warren Crazybull Jones, and Warren Von Jones | ) ) ) ) ) ) |

Case No. 2:24-mj-00179-DKG

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 31, 2024  in the county of  Bonner  in the   District of  Idaho , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 879(a)(1) | Threats Against a Former President |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Russell A. L. Pablo*

Complainant's signature

Russell A.L. Pablo, United States Secret Service Special Agent

*Printed name and title*

Sworn to before me telephonically and signed electronically via teleconference with the identity of the Complainant vouched for by Assistant United States Attorney  David G. Robins  in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: August 2, 2024

*Judge's signature*

City and state: Boise, Idaho

The Hon. Debora K. Grasham, United States Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Russell A. L. Pablo, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the United States Secret Service (USSS). I make this affidavit in support of a criminal complaint charging Warren Jones Crazybull (CRAZYBULL) with a violation of 18 U.S.C. § 879 (Threat Against a Former President of The United States). Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe CRAZYBULL, has knowingly and willfully threatened to kill a former President of the United States.

## AGENT BACKGROUND

2. I am a Special Agent with the USSS and have been so employed since January 2019. I earned a Bachelor of Art degree in Global Studies/International Relations from the University of Washington in June 2009. I have also earned a Master of Arts degree in Homeland Security and Emergency Management from Arizona State University in November 2019. Prior to joining the USSS, I was a member of the United States Air Force (USAF), for nearly eight (8) years, where I attended numerous courses such as the Special Operations Weather Selection Course, Special Operations Weather Operator Course, USAF Survival, Evasion, Resistance, and Escape School, and the United States Army Airborne School. As a federal agent, I am authorized to investigate violations of laws of the United States and execute warrants issued under the authority of the United States.

3. In January 2019, I attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC). This training covered the investigation of

violations of federal laws, the process of criminal investigations, and the judicial process. Following FLETC, I attended the USSS training academy in Beltsville, Maryland. This training focused specifically on violations of federal laws which the USSS investigates; to include bank fraud, access device fraud, wire fraud, crimes relating to counterfeit currency, cyber-crimes, and threats against USSS protectees (protective intelligence). During my time with the USSS I have been involved in numerous investigations to include investigations into crimes involving counterfeit currency, bank fraud, wire fraud and threats against the President.

4. The information in this affidavit is based upon my training and experience, my personal knowledge of this investigation, and information provided to me by other agents and law enforcement officials who have assisted in this investigation and have experience investigating terrorism-related crimes. This affidavit is intended to provide probable cause to support the issuance of a search warrant and does not set forth all of the information that I have acquired during the course of this investigation. Where statements of others are set forth in this affidavit, they are set forth in substance and in part.

## APPLICABLE STATUTE

5. Title 18, United States Code, Section 879(a)(1) states:

> (a) Whoever knowingly and willfully threatens to kill, kidnap, or inflict bodily harm upon—
>
> (1) a former President or a member of the immediate family of a former President;
>
> shall be fined under this title or imprisoned not more than 5 years, or both.

## SUMMARY OF PROBABLE CAUSE

6. Based on the facts known in this investigation, I submit that Warren Jones Crazybull (CRAZYBULL) called Mar-a-Lago on July 31, 2024. He threatened to kill former President Donald J. Trump. (Exhibit A). Law enforcement found a Facebook page that appears to belong to CRAZYBULL. On this Facebook page, there was a publicly posted video of CRAZYBULL making comments regarding violence towards Former President Trump. (Exhibit B). CRAZYBULL also posted several written communications on his Facebook page concerning violence and anger towards Mr. Trump and Mr. John F. Kennedy (see excerpted snapshots *infra*). Law enforcement apprehended CRAZYBULL on August 1, 2024. After law enforcement provided him his *Miranda* warnings, CRAZYBULL submitted to an interview where he admitted to posting the video. CRAZYBULL admitted to a Facebook post. CRAZYBULL claimed he posted the video and made the Facebook post to get law enforcement's attention. CRAZYBULL stated that Mr. Trump had violated treaties and thereby deprived CRAZYBULL of his land. By these acts, individually and as a continuing course of conduct, I submit that CRAZYBULL threatened Former President Trump in violation of 18 U.S.C. § 879.

## PROBABLE CAUSE

7. On July 31, 2024, USSS West Palm Beach Resident Office notified the USSS Protective Intelligence Division (PID)/Protective Intelligence Operations Center (PIOC) of the following incident:

   a. On July 31, 2024, Mar-a-Lago security received a phone call from number 208-406-1611. The name "Warren Jones" was displayed on the security booth phone at Mar-a-Lago. During the call several statements were made, one such statement

3

was "Find Trump…I am coming down to Bedminster tomorrow. I am going to down him personally and kill him". Mar-a-Lago security advised the USSS that approximately eight additional phone calls making threats were received from the same phone number.

The reporting Mar-a-Lago security employee recorded a part of one of the phone calls using his personal phone as a recording device. He sent the phone call to the USSS, and it is attached to this Affidavit as Exhibit A. The reporting security employee is a civilian who is known to law enforcement. I omit his identity for privacy reasons.

8. Mar-a-Lago is a resort and National Historic Landmark in Florida. It is owned by Donald Trump. Also, Donald Trump resides there on occasion. Donald Trump was the President of the United States. Given the calls to Mar-a-Lago threatening Mr. Trump, the USSS began an investigation.

9. To begin, USSS researched the phone number used to call in the threat. The phone number is 208-406-1611. The "208" area code is used for Idaho phones. Using open-source intelligence, the USSS PID/PIOC could not locate a record associating CRAZYBULL with the 208-406-1611 phone number.[1] Despite the phone number not being associated with CRAZYBULL according to open-source intelligence, the USSS was able to identify CRAZYBULL by the identity of "Warren Jones". Please note, CRAZYBULL has several aliases according to law enforcement records. This includes "Warren Von Crazybull-Jones", "Warren V Jones", "Warren Crazybull Jones", and "Warren Von Jones".

---

[1] This possibly indicates that the phone number and/or phone could belong to another person, that CRAZYBULL secured this phone number using non-contracted or recorded means, or that he was using a Voice-over-Internet-Protocol (VoIP) service.

4

10. In further researching CRAZYBULL, law enforcement found a Facebook page that appears associated with or controlled by CRAZYBULL.[2] I submit that this Facebook page is associated with or controlled by CRAZYBULL for at least two reasons. First, the name on the Facbeook page is "Tracy Jones". "Jones" is CRAZYBULL's legal middle name and used in his aliases as a last name. Second, there was a video posted on the Facebook page that appears to be a self-produced narrative that contains threats to Mr. Trump. As for this video, it was posted on or about July 31, 2024. This video is included as Exhibit B. I submit that the content of the audio in Exhibit A matches, in part, the tone and content to the audio in Exhibit B. A still picture from Exhibit B appears as:



---

[2] Facebook is a social media and social networking internet-based site (and phone application) whereby people can post information.

I submit that the man depicted in Attachment B is CRAZYBULL. I do so, as the image matches the Washington Department of Motor Vehicles (DMV) photo of CRAZYBULL. Law enforcement was able to find a picture of CRAZYBULL according to Washington DMV records. He appears as follows:



11.     In addition to the audio communication to Mar-a-Lago and the posted video to Facebook, law enforcement discovered posts from the Facebook page bearing screenname "Tracy Jones". The Facebook account header, when accessed by law enforcement on or about July 31, 2024, appears as follows:



12.     There were several concerning posts on this Facebook page. For example, one post stated, "I start driving to the home of this multi person rapist PIG TRUMP to take him down single combat". This post appears as follows:



The red box was added by law enforcement. Once again, has similarities to the other communications from CRAZYBULL. Other posts have similar appearances. They are as follows:







The red boxes above were added by law enforcement while analyzing the Facebook page. There is a time display for the posts above (one that indicates "7 hours ago" and one that indicates "16 hours ago"). These time displays are relative to the time the posts were accessed by the viewer. To my knowledge, these posts were publicly posted on or about July 31, 2024.

13. Law enforcement continued the investigation. This included looking at open-source intelligence for other phone number associated with CRAZYBULL. Law enforcement

11

found a phone number, 208-405-1611, associated with CRAZYBULL and administered by T-Mobile. Given the repeated communications and threats, USSS PID/PIOC provided an exigent request to T-Mobile for phone pings to the phone using the number 208-405-1611. A "phone ping" is the act of determining the current location of a cell phone. These phone pings placed the phone in the District of Idaho at the time the threats were posted online. The phone pings then showed that CRAZYBULL traveled into Montana on or about August 1, 2024.

14. Based on phone pings, law enforcement was able to locate CRAZYBULL. He was apprehended by law enforcement on August 1, 2024. After his arrest, he was provided his *Miranda* warnings. CRAZYBULL waived his *Miranda* warnings in writing and agreed to an interview with a USSS agent. CRAZYBULL relayed the following:

   a. CRAZYBULL stated he was currently living out of his vehicle.

   b. CRAZYBULL stated he was Chief of the Rosebud tribe and is royalty.

   c. CRAZYBULL stated that he blames former Presidents Trump and John F. Kennedy for broken treaties that resulted in the loss of his land.

   d. When asked about the video he posted (Exhibit B), CRAZYBULL stated he posted the video to get law enforcement's attention.

   e. Throughout the interview, CRAZYBULL repeatedly said he would not let Trump become president again.

   f. CRAZYBULL stated he would not attempt to kill Former President Trump.

   g. CRAZYBULL stated that he did not have any special skills or training and had never served in the military.

   h. CRAZYBULL stated that he did not own a firearm and had not fired a weapon since childhood.

   i. CRAZYBULL has been admitted for psychiatric care in the past but could not remember the date(s) of admission.

      j.   CRAZYBULL stated that he was not taking any psychiatric medication at the time of interview.

Additionally, CRAZYBULL was asked about his posting indicating he was going to drive to Bedminster (this is relevant to the USSS, as the Trump National Golf Club Bedminster is located there. Former President Trump uses this location as one of his residences). CRAZYBULL stated he posted about Bedminster to get law enforcement's attention.

15.     During the interview, CRAZYBULL appeared as if his thought processes were racing and confused. According to the interviewing law enforcement agent, CRAZYBULL also seemed paranoid.

//

//

//

//

//

//

//

//

//

//

//

//

//

## SUMMARY

16. In sum, I submit that CRAZYBULL has committed the crime of Threats to a Former President of the United States in violation of 18 U.S.C. § 879(a)(1). He did so by calling Mar-a-Lago and issuing verbal threats (Exhibit A). He did so by posting a publicly viewable video on Facebook (Exhibit B). He did so by publicly posting a written statement on Facebook. By these acts, individually and as a continuing course of conduct, I submit that CRAZYBULL threatened Former President Trump. Accordingly, I respectfully submit there is probable cause to support this criminal complaint and the issuance of an arrest warrant.

*Russell A. L. Pablo*
RUSSELL A. L. PABLO
SENIOR RESIDENT AGENT
UNITED STATES SECRET SERVICE

SUBSCRIBED AND SWORN TO before me on video this 2nd day of August, 2024.

*Debra K. Grasham*
HON. DEBORA K. GRASHAM
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF IDAHO