AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:24-mj-00179-DKG |
| WARREN JONES CRAZYBULL, also known as Warren Von Crazybull-Jones, Warren V. Jones, Warren Crazybull Jones, and Warren Von Jones | ) ) ) ) ) | |
| *Defendant* | | |

**RECEIVED**
By United States Marshals Service at 12:23 pm, Aug 02, 2024

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WARREN JONES CRAZYBULL,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 879(a)(1) - Threats Against a Former President

Date: August 2, 2024

*Issuing officer's signature*

City and state: Boise, Idaho

The Hon. Debora K. Grasham, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/2/2024, and the person was arrested on *(date)* 8/2/2024
at *(city and state)* Missoula, MT.

Date: 8/6/2024

*Arresting officer's signature*

Signing on behalf of arresting USSS SA
*Printed name and title*