JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
BRYCE B. ELLSWORTH, IDAHO STATE BAR NO. 8254
ASSISTANT UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

**U.S. COURTS**

**AUG 20 2024**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>WARREN JONES CRAZYBULL, aka<br>WARREN VON CRAZYBULL-JONES,<br>WARREN V. JONES,<br>WARREN CRAZYBULL JONES, and<br>WARREN VON JONES,<br><br>  Defendant. | Case No. **CR 24 0193-DCN**<br><br>**INDICTMENT**<br><br>18 U.S.C. § 879(a)(1) |

The Grand Jury charges:

<u>COUNT ONE</u>

**Threats Against Former President**
**18 U.S.C. § 879(a)(1)**

On or about July 31, 2024, in the District of Idaho, the Defendant, WARREN JONES

CRAZYBULL, aka WARREN VON CRAZYBULL-JONES, WARREN V. JONES,

**INDICTMENT** - 1

WARREN CRAZYBULL JONES, and WARREN VON JONES, did knowingly and intentionally threaten to kill and to inflict bodily harm upon former President of the United States, Donald J. Trump, specifically by stating that he would kill the former President of the United States, in violation of Title 18, United States Code, Section 879(a)(1),

Dated this 20th day of August 2024.

A TRUE BILL

*/s/ [signature on reverse]*
_____
FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

BRYCE B. ELLSWORTH
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 2