JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
BRYCE B. ELLSWORTH, IDAHO STATE BAR NO. 8254
ASSISTANT UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE:  (208) 667-0814

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>WARREN JONES CRAZYBULL, A/K/A WARREN VON CRAZYBULL-JONES, A/K/A WARREN V. JONES, A/K/A WARREN CRAZYBULL JONES AND A/K/A WARREN VON JONES,<br><br>Defendant. | Case No. 2:24-cr-00193-DCN<br><br>**MOTION FOR DETENTION** |

Pursuant to 18 U.S.C. § 3142(e) and (f), the United States requests the Defendant's

detention pending trial.

A detention hearing is authorized to determine whether any condition or combination of

conditions will reasonably assure the appearance of the Defendant as required and the safety of

any other person and the community because this case involves a circumstance outlined in 18

U.S.C. § 3142(f)(2):

MOTION FOR DETENTION - 1

( x ) a serious risk exists that Defendant will flee.

( x ) a serious risk exists that Defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

The Government alleges that, based on the following factors to be considered by the Court set out in 18 U.S.C. § 3142(g), there are no conditions of release that will reasonably assure the appearance of the Defendant as required and/or the safety of any other person and the community:

1.      The nature and circumstances of the offense charged, including whether the offense is a crime of violence, a violation of 18 U.S.C. § 1591 (sex trafficking of children), a federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive or destructive device;

2.      The weight of the evidence against the Defendant;

3.      The history and characteristics of the Defendant, including:

        a.      the Defendant's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

        b.      whether, at the time of the current offense or arrest, the Defendant was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under federal, state or local law; and

4.      The nature and seriousness of the danger to any person or the community that would be posed by the Defendant's release.

MOTION FOR DETENTION - 2

For these reasons, the Government requests that the Defendant be detained pending trial in this case.

Respectfully submitted this 21st day of August, 2024.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:


*s/ Bryce B. Ellsworth*
 BRYCE B. ELLSWORTH
Assistant United States Attorney

*s/ David G. Robins*
DAVID G. ROBINS
Assistant United States Attorney

MOTION FOR DETENTION - 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2024, the foregoing **MOTION FOR DETENTION** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Federal Defenders Office | ☒ ECF filing |

*s/ Annie Williams*
Legal Assistant