JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
BRYCE B. ELLSWORTH, IDAHO STATE BAR NO. 8254
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE, SUITE 210
COEUR D'ALENE, IDAHO 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00193-DCN |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' DISCOVERY RESPONSE AND DEMAND FOR RECIPROCAL DISCOVERY** |
| WARREN JONES CRAZYBULL, | |
| Defendant. | |

The United States of America, by and through Joshua D. Hurwit, United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorney, provides the following discovery to Defense Counsel for the above-named Defendant via U.S. File Exchange (USAfx) September 03, 2024:

1. Investigative Reports, Criminal History and Media Files; Bates Nos. 000001-000076.

The United States objects to any request for discovery by the Defendant which exceeds the requirements of Fed. R. Crim. P. 16 and 18 U.S.C. § 3500.

Pursuant to Fed. R. Crim. P. 16(b), the United States demands reciprocal discovery.

UNITED STATES' DISCOVERY RESPONSE AND DEMAND FOR RECIPROCAL DISCOVERY - 1

The United States will continue to provide discovery materials as they become available.

DATED this 3rd day of September, 2024.

                JOSHUA D. HURWIT
                UNITED STATES ATTORNEY
                By:

                *s/ Bryce B. Ellsworth*
                BRYCE B. ELLSWORTH
                Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 03, 2024, the foregoing **UNITED STATES' DISCOVERY RESPONSE AND DEMAND FOR RECIPROCAL DISCOVERY**, was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

| Amy Rubin<br>Amy_Rubin@fd.org | ECF Filing |
|---|---|

*s/ Carin Crimp*
Legal Assistant